11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Stephen Farwell

Appellant

Vs.                   No.
11-02-00041-CV B
Appeal from Harris County

Brehn Okabayashi

Appellee

 

Appellant
has filed in this court a motion to dismiss his appeal.  Appellant states that all issues between the
parties have been compromised and settled. 
The motion is granted. 
TEX.R.APP.P. 42.1.

The
appeal is dismissed.

 

PER CURIAM

 

February 28,
2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of:  Arnot, C.J., and 

Wright, J., and McCall, J.